AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

        Plaintiff(s)      )
                                 )     **APPEARANCE**
                                 )
                                 )
             vs.               )     CASE NUMBER  1:08-cv-00899
Cengage Learning Holdings I, L.P., et al.  )
                                 )
       Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Paul L. Yde   as counsel in this
                                   (Attorney's Name)

case for:  Cengage Learning Holdings I, L.P., Cengage Learning Holdings II, L.P., Cengage Learning, Inc., and Apax/TL Holdings, LLC
                          (Name of party or parties)


June 5, 2008
---
Date

449751
---
BAR IDENTIFICATION

                            */s/ Paul L. Yde*
                            Signature

                            Paul L. Yde
                            Print Name

                            701 Pennsylvania Ave., NW
                            Address

                            Washington, DC  20004
                            City         State        Zip Code

                            202-777-4530
                            Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I caused a true and correct copy of the Notice of Appearance of Paul L. Yde on behalf of Defendants Cengage Learning Holdings I, L.P., Cengage Learning Holdings II, L.P., Cengage Learning, Inc., and Apax/TL Holdings, LLC ("Cengage") to be served via first class mail and via email upon:

>Debra J. Pearlstein
>Weil, Gotshal & Manges LLP
>767 5th Avenue, Floor 33
>New York, NY  10153-0199
>debra.pearlstein@weil.com
>
>*Counsel for Defendants Education Media and Publishing Group Limited and Houghton Mifflin Harcourt Publishing Company*

>/s/ Paul L. Yde
>Paul L. Yde
>DC Bar Number 449751
>**Freshfields Bruckhaus Deringer US LLP**
>701 Pennsylvania Avenue, N.W., Suite 600
>Washington, D.C.  20004
>202.777.4500
>
>*Counsel for Cengage*