## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CENGAGE LEARNING HOLDINGS I, L.P.,<br>CENGAGE LEARNING HOLDINGS II, L.P.,<br>CENGAGE LEARNING, INC.,<br>APAX/TL HOLDINGS, LLC,<br>EDUCATION MEDIA AND PUBLISHING<br>    GROUP LIMITED, and<br>HOUGHTON MIFFLIN HARCOURT<br>    PUBLISHING COMPANY,<br><br>    Defendants. | Case: 1:08-cv-00899<br>Assigned To: Bates, John D.<br>Assign. Date: 5/28/2008<br>Description: Antitrust |

### REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS ON BEHALF OF CENGAGE

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), Cengage Learning, Inc., Cengage Learning Holdings I, L.P., Cengage Learning Holdings II, L.P., Apax/TL Holdings, LLC (collectively "Cengage"), by their attorneys, submit the following description and certification of all written or oral communications by or on behalf of Cengage with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on May 28, 2008. Education Media and Publishing Group and Houghton Mifflin Harcourt Publishing Company (collectively "Houghton") will submit a separate report and

certification regarding any communications involving Houghton employees or advisors covered by Section 2(g). In accordance with Section 2(g), the description below excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

**I.    DESCRIPTION**

1. On December 20, 2007, the following Cengage advisor participated in a meeting with the DOJ and counsel of record for Cengage and Houghton regarding the transaction: Mary Coleman, an economist with LECG, retained by Cengage for this matter.

2. On January 14, 2008, the following Cengage employees and advisor participated in a meeting with the DOJ staff and counsel of record for Cengage and Houghton regarding the transaction: Sean Wakely, Executive Vice President and Publisher, Arts & Sciences, Cengage Learning, Inc.; Sharon Weinstock, Assistant General Counsel, Cengage Learning, Inc.; and Mary Coleman.

3. On February 22, 2008, the following Cengage advisor participated in a conference call with the DOJ staff and counsel of record for Cengage regarding, among other topics, Cengage's data production and third-party Monument Information Resource ("MIR") data provided by Cengage to the DOJ: Brad Noffsker, an economist with LECG, retained by Cengage for this matter.

4. On February 27, 2008, the following Cengage advisor participated in a conference call with the DOJ staff and counsel of record for Cengage regarding, among other topics, Cengage's data production and MIR data: Brad Noffsker.

5. On March 12, 2008, the following Cengage employees and advisor participated in a conference call with the DOJ staff and counsel of record for Cengage and Houghton regarding, among other topics, foreign language college textbook titles: Sean Wakely; Sharon Weinstock; P.J. Boardman, Vice President and Editor-in-Chief, East Coast Softside, Cengage Learning, Inc.; Lara (Semones) Ramsey, Executive Editor, World Languages, Cengage Learning, Inc; and Mary Coleman.

6. On March 13, 2008, the following Cengage employees and advisor participated in a conference call with the DOJ staff and counsel for Cengage and Houghton regarding, among other topics, history college textbook titles: Sean Wakely; P.J. Boardman; and Mary Coleman.

7. On March 17, 2008, the following Cengage employees and advisor participated in a conference call with the DOJ staff and counsel of record for Cengage and Houghton regarding, among other topics, math college textbook titles: Sean Wakely; Michelle Julet, Vice President and Editor-in-Chief, West Coast Softside, Cengage Learning, Inc; and Mary Coleman

8. On April 4, 2008, the following Cengage employees and advisor participated in a conference call with the DOJ staff and counsel of record for Cengage and Houghton regarding, among other topics, college textbook pricing issues: Sean Wakely; Matthew Davis, Vice President, Finance, Cengage Learning, Inc.; and Mary Coleman

9. On April 23, 2008, the following Cengage advisors participated in a meeting with DOJ staff and counsel of record for Cengage and Houghton regarding, among other topics, competition in math college textbooks: Mary Coleman and Brad Noffsker.

10. The Cengage employees and advisors did not submit any written communications to the DOJ, and the oral communication by the Cengage employees and advisors consisted of responding to questions and comments from the DOJ.

## II. CERTIFICATION

Cengage certifies that it has complied with the requirements of Section 2(g), and that the foregoing description of communications by or on behalf of Cengage, known to Cengage or of which Cengage reasonably should have known, and required to be reported under Section 2(g), is true and complete.

Dated: June 5, 2008

        Respectfully submitted,

        /s/ Paul L. Yde
        Paul L. Yde
        DC Bar Number 449751
        **Freshfields Bruckhaus Deringer US LLP**
        701 Pennsylvania Avenue, N.W., Suite 600
        Washington, D.C.  20004
        202.777.4500

        *Counsel for Cengage*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2008, I caused a true and correct copy of the Report and Certification of Compliance with Tunney Act Requirements on Behalf of Cengage to be served via first class mail and via email upon:

> Debra J. Pearlstein
> Weil, Gotshal & Manges LLP
> 767 5th Avenue, Floor 33
> New York, NY 10153-0199
> debra.pearlstein@weil.com
>
> *Counsel for Defendants Education Media and Publishing Group Limited and Houghton Mifflin Harcourt Publishing Company*

/s/ Paul L. Yde
Paul L. Yde
DC Bar Number 449751
**Freshfields Bruckhaus Deringer US LLP**
701 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004
202.777.4500

*Counsel for Cengage*