## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br><br>      Plaintiff, )<br><br>            v. )<br><br>CENGAGE LEARNING HOLDINGS I, L.P., )<br>CENGAGE LEARNING HOLDINGS II, L.P., )<br>CENGAGE LEARNING, INC., )<br>APAX/TL HOLDINGS, LLC, )<br>EDUCATION MEDIA AND PUBLISHING )<br>      GROUP LIMITED, and )<br>HOUGHTON MIFFLIN HARCOURT )<br>      PUBLISHING COMPANY, )<br><br>      Defendants. )<br> ) | Case: 1:08-cv-00899<br>Assigned To: Bates, John D.<br>Assign. Date: 5/28/2008<br>Description: Antitrust |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all Parties of Record:

Please enter my appearance as counsel for Defendants Education Media and

Publishing Group Limited and Houghton Mifflin Harcourt Publishing Company, pursuant

to Local Rule 83.6.

Dated: June 6, 2008

Respectfully submitted,


  /s/ Laura A. Wilkinson_____
By: Laura A. Wilkinson (DC Bar #413497)
**Weil, Gotshal & Manges LLP**
1300 I Street, N.W., Suite 900
Washington, D.C.  20005
202.682.7260

*Counsel  for Defendants Education Media*
*Publishing Group, Limited, and Houghton Mifflin*
*Harcourt Publishing Company*

## CERTIFICATE OF SERVICE

I, Laura A. Wilkinson, hereby certify that, on June 6, 2008, the foregoing Notice

of Appearance was filed electronically in the case identified above.  A copy of the filing

was sent by first-class mail to the parties listed below:

Janet J. Brody
Networks & Technology Enforcement Section
United States Department of Justice, Antitrust Division
600 E Street, N.W.
Suite 9500-BICN
Washington, D.C. 20530
janet.brody@usdoj.gov

*Counsel for Plaintiff United States of America*

Paul L. Yde
Freshfields Bruckhaus Deringer US LLP
701 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
paul.yde@freshfields.com

*Counsel for Defendants Cengage Learning, Inc., Cengage
Learning Holdings I, L.P., Cengage Learning Holdings II,
L.P., Apax/TL Holdings, LLC*

/s/ Laura A. Wilkinson
Laura A. Wilkinson (DC Bar #413497)
**Weil, Gotshal & Manges LLP**
1300 I Street, N.W., Suite 900
Washington, D.C.  20005
202.682.7260

*Counsel  for Defendants Education Media
Publishing Group, Limited, and Houghton Mifflin
Harcourt Publishing Company*