UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENGAGE LEARNING HOLDINGS I, L.P., ) <br> CENGAGE LEARNING HOLDINGS II, L.P., ) <br> CENGAGE LEARNING, INC., ) <br> APAX/TL HOLDINGS, LLC, ) <br> EDUCATION MEDIA AND PUBLISHING ) <br> GROUP LIMITED, and ) <br> HOUGHTON MIFFLIN HARCOURT ) <br> PUBLISHING COMPANY, ) <br> ) <br> Defendants. ) <br> ) | Case: 1:08-cv-00899 <br> Assigned To: Bates, John D. <br> Assign. Date: 5/28/2008 <br> Description: Antitrust |

**REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT
REQUIREMENTS ON BEHALF OF HOUGHTON MIFFLIN HARCOURT**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), Education Media and Publishing Group Limited and Houghton Mifflin Harcourt Publishing Company (collectively "HM"), by their attorneys, submit the following description and certification of all written or oral communications by or on behalf of HM with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on May 28, 2008. Cengage Learning, Inc., Cengage Learning Holdings I, L.P., Cengage Learning Holdings II, L.P., Apax/TL Holdings, LLC (collectively "Cengage") have submitted a separate report and certification regarding any communications involving Cengage employees or advisors

covered by Section 2(g).  See Report and Certification of Compliance With Tunney Act Requirements on Behalf of Cengage, United States v. Cengage Learning, 1:08-cv-00899 (D.D.C. June 5, 2008).  In accordance with Section 2(g), the description below excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

I. **DESCRIPTION**

1. On January 17, 2008, the following HM employees participated in a conference call with the staff of the Department of Justice ("DOJ") and counsel of record for HM and Cengage regarding, among other topics, the college textbook marketplace and the transaction: Kristine Clerkin, President, Houghton Mifflin College Division; Kathi Prancan, Vice President and Editorial Director, Houghton Mifflin College Division; Katie Rose, Vice President for Marketing, Houghton Mifflin College Division.

2. On March 24, 2008, the following HM employees participated in a conference call with the DOJ staff and counsel of record for HM and Cengage regarding, among other topics, college textbook titles for the discipline of accounting:  Kathi Prancan; Kathleen Swanson, Sponsoring Editor for Accounting and Economics, Houghton Mifflin College Division.

3. On March 31, 2008, the following HM employees participated in a conference call with the DOJ staff and counsel of record for HM and Cengage regarding, among other topics, college textbook titles for the discipline of history:  Kathi Prancan; Pat Coryell, Vice President, Executive Publisher, Humanities & Social Sciences, Houghton Mifflin College Division.

4. On April 1, 2008, the following HM employees participated in a conference call with the DOJ staff, counsel of record for HM and Cengage, and Brad Noffsker, an LECG economist retained by Cengage, regarding, among other topics, college textbook titles for the discipline of mathematics: Kathi Prancan; Richard Stratton, Publisher for Math and Statistics, Houghton Mifflin College Division.

5. On April 4, 2008, the following HM employees participated in a conference call with the DOJ staff and counsel of record for HM and Cengage regarding, among other topics, college textbook titles for the discipline of business: Kathi Prancan; Charles Hartford, Vice President and Publisher for Science and Business, Houghton Mifflin College Division; Michael Schenk, Sponsoring Editor for Business, Houghton Mifflin College Division.

6. The HM employees did not submit any written communications to the DOJ, and the oral communication by the HM employees consisted of responding to questions and comments from the DOJ.

## II. CERTIFICATION

HM certifies that it has complied with the requirements of Section 2(g), and that the foregoing description of communications by or on behalf of HM, known to HM or of which HM reasonably should have known, and required to be reported under Section 2(g), is true and complete.

Dated: June 6, 2008

Respectfully submitted,


_/s/ Laura A. Wilkinson_____
By: Laura A. Wilkinson
DC Bar Number 413497
**Weil, Gotshal & Manges LLP**
1300 I Street, N.W., Suite 900
Washington, D.C. 20005
202.682.7260


Debra J. Pearlstein
**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153
212.310.8686

*Counsel for Defendants Education Media Publishing Group, Limited, and Houghton Mifflin Harcourt Publishing Company*

## CERTIFICATE OF SERVICE

I, Laura A. Wilkinson, hereby certify that on June 6, 2008, a true and accurate copy of the foregoing **Report and Certification of Compliance with Tunney Act Requirements on Behalf of Houghton Mifflin Harcourt** was filed electronically in the case identified above. A copy of the filing will be sent to the parties listed below via United States Postal mailing:

>Janet J. Brody
>Networks & Technology Enforcement Section
>United States Department of Justice, Antitrust Division
>600 E Street, N.W.
>Suite 9500-BICN
>Washington, D.C. 20530
>janet.brody@usdoj.gov
>
>*Counsel for Plaintiff United States of America*
>
>Paul L. Yde
>Freshfields Bruckhaus Deringer US LLP
>701 Pennsylvania Avenue, N.W., Suite 600
>Washington, D.C. 20004
>paul.yde@freshfields.com
>
>*Counsel for Defendants Cengage Learning, Inc., Cengage Learning Holdings I, L.P., Cengage Learning Holdings II, L.P., Apax/TL Holdings, LLC*

>>/s/ Laura A. Wilkinson
>>Laura A. Wilkinson (DC Bar #413497)
>>**Weil, Gotshal & Manges LLP**
>>1300 I Street, N.W., Suite 900
>>Washington, D.C. 20005
>>202.682.7260
>>
>>*Counsel for Defendants Education Media Publishing Group, Limited, and Houghton Mifflin Harcourt Publishing Company*